**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RYAN MANZI,

                    Plaintiff,

     -against-                                                                 23 **CIVIL** 5176 (PMH)

                                                                                      **<u>JUDGMENT</u>**

OFFICER JUSTIN GOLDFINE and
SERGEANT JAMES SIRRINE,

                    Defendants.
-------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 10, 2024, Defendants' motion to dismiss is GRANTED and the Second Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

     June 10, 2024

                                            **RUBY J. KRAJICK**
                                                          **Clerk of Court**

                        **BY:**     *K. Mango*

                                                          **Deputy Clerk**